IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC. ("ERCOT"), | § § § § | |
| Appellant/Cross-Appellee, | § § | Consolidated Civil Action No. C-07-71 Lead Case |
| v. | § § § | No. C-07-134 Member Case No. C-07-205 Member Case |
| MICHAEL B. SCHMIDT, TRUSTEE, | § § § | |
| Cross-Appellant, | § § | |
| and | § § | |
| LEO LEONARD MAY, | § § | |
| Cross-Appellant/Appellee. | § | |

**FINAL JUDGMENT**

In accordance with the rulings made in the Court's July 10, 2007 Order (Lead Case Docket Entry 26), the Court hereby enters final judgment dismissing this above-styled consolidated bankruptcy appeal.

SIGNED and ENTERED this 10th day of July, 2007.

_____
Janis Graham Jack
United States District Judge